# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON BLANKENSHIP,                )<br>                                                     )<br>           Plaintiff,              )<br>                                                     )<br>     vs.                                        )<br>                                                     )<br>BOBBIE KAY ABELL,               )<br>d/b/a ABELL EXCAVATING SERVICE, )<br>and WILLIAM S. ADAMS,       )<br>                                                     )<br>           Defendants.           ) | Case No. 09-875-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter having come before the Court upon Stipulation of Dismissal filed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 22, 2010, this case is DISMISSED with prejudice.

DATED:  June 23, 2010.                                  NANCY J. ROSENSTENGEL, CLERK

                                                                              By: s/Karen R. Metheney
                                                                                      Deputy Clerk


**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**